B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

In re **Brian Thompson**
Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,362.00 |
   | Prior to the filing of this statement I have received | $ 1,362.00 |
   | Balance Due | $ 0.00 |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All services, except those identified in paragraph 7 below, that are reasonably contemplated to achieve the debtor's bankruptcy objectives including but not limited to:**

      **(1) File the certificate required from the individual debtor from an approved nonprofit budget and credit counseling agency for prepetition credit counseling;**
      **(2) Preparation and filing of all locally required forms;**
      **(3) Representation of the debtor at the § 341 meeting;**
      **(4) Amend any list, schedule, statement, and/or other document required to be filed with the petition as may be necessary or appropriate;**
      **(5) Motions under § 522(f) to avoid liens on exempt property;**
      **(6) Motions, such as motions for abandonment, or proceedings to clear title to real property owned by the debtor;**
      **(7) Advise the debtor with respect to any reaffirmation agreement; negotiate, prepare and file reaffirmation agreements if in the best interest of the debtor; and attend all hearings scheduled on any reaffirmation agreement signed by the debtor;**
      **(8) Removal of garnishments or wage assignments;**
      **(9) Negotiate, prepare and file reaffirmation agreements;**
      **(10) Motions under § 722 to redeem exempt personal property from liens;**
      **(11) Compile and forward to the trustee and the United States trustee any documents and information requested;**
      **(12) Consult with the debtor and if there is a valid defense or explanation, respond to a motion for relief from the automatic stay;**
      **(13) File the debtor's certification of completion of instructional course concerning financial management (Official Form 423); and**
      **(14) Disclose any agreement and fee arrangement regarding the potential retention of co-counsel.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Notwithstanding any agreement to the contrary, representation of the Debtor in any dischargeability action, adversary proceedings, or heavily litigated matters that are not listed in Paragraph 6 above.**

In re   **Brian Thompson**                                                                 Case No.  _____

                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **February 2, 2022** | **/s/ John P. Roberts** |
|---|---|
| *Date* | **John P. Roberts** |
| | *Signature of Attorney* |
| | **Upright Law LLC** |
| | **348 Thompson Creek Mall** |
| | **Suite 212** |
| | **Stevensville, MD 21666** |
| | **202-350-0336   Fax: 443-703-7268** |
| | **john@johnrobertsesq.com** |
| | *Name of law firm* |