Certificate Number: 16339-MD-DE-036374937

Bankruptcy Case Number: 22-10545



16339-MD-DE-036374937

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2022, at 12:17 o'clock PM EST, Brian Thompson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: March 5, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor