Entered: May 10, 2022
Signed:  May 10, 2022

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   22–10545 – MMH     Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Brian Thompson
*debtor has no known aliases*
2025 Shore Rd
Dundalk, MD 21222

Social Security No.:   xxx–xx–9478

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 2/2/22.

The estate of the above–named debtor has been fully administered.

ORDERED, that Monique Desiree Almy is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *KellyHorning*